

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2022

No. 04-21-00470-CV

Lakshmana **VISWANATH**,
Appellant

v.

**THE CITY OF LAREDO**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK001492D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

After consideration, appellant's Motion to Substitute Counsel is **GRANTED.**

It is so **ORDERED** on this 2nd day of August, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court